UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag. No. 10-2507 (DEA) |
| v. | : Hon. Douglas E. Arpert |
| MARTIN GEVERS | : <u>ORDER OF DETENTION</u> |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jennifer Davenport, Assistant United States Attorney, appearing on behalf of the United States before the Court on July 20, 2010) in the presence of James R. Murphy, Esq., attorney for defendant Martin Gevers, for an order pursuant to Title 18, United States Code, Section 3141 <u>et seq.</u> for the revocation of release of the defendant based upon allegations of new criminal conduct and violations of the conditions of his release; and the Court having heard the arguments of the parties, and for the reasons stated on the record; and for good cause shown;

IT IS, therefore, on this 20th day of July, 2010,

ORDERED that the motion of the United States for an order revoking the release of the defendant is hereby GRANTED, and defendant is hereby ordered detained; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the United States Marshal's Service; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an

attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge